

# NUMBER 13-12-00708-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

EDUARDO A. TREVINO,                                      **Appellant,**

**v.**

CHERYL LAWSON, CHARLES E. MONROE,
NORRIS JACKSON, TAMRA MCCOLLUCH,
SANDRA CASTENADA,                           **Appellees.**

## On appeal from the 343rd District Court
## of Bee County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Benavides and Perkes
### Memorandum Opinion Per Curiam

Appellant, Eduardo A. Trevino, filed an appeal from a judgment entered by the 343rd District Court of Bee County, Texas, in cause number B-12-1124-CV-C. Appellant has filed a motion to withdraw the appeal and requests that this Court withdraw the appeal without prejudice.

The Court, having considered the documents on file and appellant's motion to withdraw the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to withdraw is GRANTED, and the appeal is hereby DISMISSED WITHOUT PREJUDICE. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith. Any pending motions are dismissed as moot.

PER CURIAM

Delivered and filed the
17th day of January, 2013.